DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEMETRIUS CARTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0249

[November 12, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 2023CF000585A.

Daniel Eisinger, Public Defender, and Benjamin N. Paley, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Nelson v. State*, 195 So. 2d 853 (Fla. 1967) (rejecting a state constitutional challenge to section 790.23, Florida Statutes); *Fleming v. State*, 414 So. 3d 175 (Fla. 4th DCA 2025), *reh'g denied* (May 30, 2025) (rejecting a federal constitutional challenge to section 790.23); *Paul v. State*, 381 So. 3d 617 (Fla. 4th DCA 2024) (upholding constitutionality of section 790.23); *Edenfield v. State*, 379 So. 3d 5, 9–10 (Fla. 1st DCA 2023) ("Whether based on the language from *McDonald, Heller,* and *Bruen* excluding convicted felons from having protected Second Amendment rights, or whether based on the historical tradition of the Second Amendment as given by *Bruen,* we conclude that Florida law prohibiting convicted felons from possessing firearms survives Second Amendment scrutiny."), *reh'g denied*, 375 So. 3d 930 (Fla. 1st DCA 2023), *rev. denied*, No. SC2023-1106, 2023 WL 8710101 (Fla. Dec. 18, 2023).

CIKLIN, LEVINE and FORST, JJ., concur.

\*          \*          \*

*Not final until disposition of timely-filed motion for rehearing.*